# PROCEEDING MEMO

**Date: 05/11/2021 01:30 pm**

In re:    Dale Z. Stevens

Bankruptcy No. 15-23629-CMB
Chapter: 13
Doc. # 48

**Appearances: Kate DeSimone, Chris Frye**

**Nature of Proceeding: #48 Continued Hearing Re: Trustee's Motion To Dismiss**

**Additional Pleadings: #50 Response by Debtor**
   **#54 Proceeding Memo from Telephonic Hearing Held 11/19/2020** - Continued to 01/06/2021 at 2:00 p.m.  Trustee can withdraw motion if payment received and Debtor takes over long term debt by December.
   **#57 Proceeding Memo from Zoom Hearing Held 01/06/2021** - Zoom Hearing Continued for 01/27/201 at 10:00 a.m.
   **#59 Proceeding Memo from Zoom Hearing Held 01/27/2021** - Continued to 03/30/2021 at 1:30 p.m.  Withdraw Motion if resolved prior to that date.
   **#61 Proceeding Memo from Zoom Hearing Held 03/30/2021** - Continued to 05/11/021 at 1:30 p.m.  If Debtor makes full payment, Attorney Katz to withdraw Motion. If payment is not made before Continued Hearing, will consider dismissal that day.

**Judge's Notes:**
-DeSimone: No payments have been made.
-Frye: Debtor was unresponsive. Found out yesterday that Debtor is in the hospital. Request continuance to make payment. Can request Debtor to send payment directly to my office so it can be forwarded to trustee. Can file something with the Court on or before 5/31 that payment has been sent to trustee. OUTCOME: Continued to 6/21 at 10:00 am.
-Attorney DeSimone indicated that if payment is received she will withdraw motion.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
5/11/21 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 15-23629-CMB
Dale Z. Stevens                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: gamr                                  Page 1 of 2
Date Rcvd: May 11, 2021                 Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

**Recip ID        Recipient Name and Address**
db           +   Dale Z. Stevens, 2004 Grandview Avenue, McKeesport, PA 15132-5826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021                      Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

**Name**                            **Email Address**
Joseph A. Dessoye
                                    on behalf of Creditor Everbank pawb@fedphe.com

Kenneth Steidl
                                    on behalf of Debtor Dale Z. Stevens julie.steidl@steidl-steinberg.com
                                    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
                                    on behalf of Creditor TIAA  FSB, FORMERLY KNOWN AS EVERBANK mmiksich@kmllawgroup.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
                                    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
                                    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 7