**PROCEEDING MEMO**

Date: 06/21/2021 10:00 am

In re:   Dale Z. Stevens

    Bankruptcy No. 15-23629-CMB
    Chapter: 13
    Doc. # 48

**Appearances:** Ronda Winnecour, Christopher Frye

**Nature of Proceeding:** #48 Continued Hearing Re: Trustee's Motion to Dismiss

**Additional Pleadings:** #50 Response by Debtor
    #54 Proceeding Memo from Telephonic Hearing Held 11/19/2020 - Zoom Hearing Continued to 01/06/2021 at 2:00 p.m.   Trustee can withdraw motion if payment received and Debtor takes over long term debt by December
    #57 Proceeding Memo from Zoom Hearing Held 01/06/2021 - Zoom Hearing Continued for 01/27/2021 at 10:00 a.m.
    #59 Proceeding Memo from Zoom Hearing Held 01/27/2021 - Zoom Hearing Continued for 03/30/2021 at 1:30 p.m.  Withdraw Motion if resolved prior to that date.
    #61 Proceeding Memo from Zoom Hearing Held 03/30/2021 - Zoom Hearing Continued for 05/11/2021 at 1:30 p.m. If Debtor makes full payment, Attorney Katz to withdraw Motion.  If payment is not made before Continued Hearing, will consider dismissal that day.
    #63 Proceeding Memo from Zoom Hearing Held 05/11/2021 - Zoom Hearing Continued for 06/21/2021 at 10:00 a.m.  Attorney DeSimone indicated that if payment is received she will withdraw Motion.

**Judge's Notes:**
  -Debtor not making payments.
  OUTCOME: Case is dismissed without prejudice.

    Carlota Böhm
    Chief U.S. Bankruptcy Judge

    FILED
    6/21/21 1:54 pm
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA