Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dale Z. Stevens** | : | Case No. 15−23629−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 21st of June, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23629-CMB |
| Dale Z. Stevens | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: 309 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dale Z. Stevens, 2004 Grandview Avenue, McKeesport, PA 15132-5826 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | | TIAA, FSB, FORMERLY KNOWN AS EVERBANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14116464 | + | City of McKeesport, c/o Keystone Collection Group &, Kratzenberg & Lazzaro, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14211821 | | EVERBANK, BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14187767 | | Everbank, Bank of America, NA, PO BOX 31785, Tampa, FL 33631-3785 |
| 14116465 | + | Everbank & Bank of America, Attn: Bankruptcy Department, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14116467 | + | People Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14186708 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 21 2021 23:49:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14116466 | | EDI: JPMORGANCHASE | Jun 22 2021 03:33:00 | JP Morgan Chase Bank, P.O. Box 901032, Fort Worth, TX 76101-2032 |
| 14116468 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 22 2021 00:35:56 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14129202 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 22 2021 00:35:45 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Everbank |
| 14130125 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 15-23629-CMB  Doc 67  Filed 06/23/21  Entered 06/24/21 00:38:17  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 309 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph A. Dessoye | on behalf of Creditor Everbank pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Dale Z. Stevens julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor TIAA FSB, FORMERLY KNOWN AS EVERBANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 7