**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DALE Z. STEVENS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-23629<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/02/2015 and confirmed on 1/15/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,655.98 |
| Less Refunds to Debtor | 2.61 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,653.37 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 3,599.78 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,799.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   EVERBANK**  Acct: 4905 | 0.00 | 42,381.34 | 0.00 | 42,381.34 |
|   EVERBANK**  Acct: 4905 | 23,380.49 | 23,380.49 | 0.00 | 23,380.49 |
|   US DEPARTMENT OF HUD**  Acct: 1421 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 65,761.83 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DALE Z. STEVENS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DALE Z. STEVENS  Acct: | 2.61 | 2.61 | 0.00 | 0.00 |
|   STEIDL & STEINBERG  Acct: | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|   CITY OF MCKEESPORT (EIT)  Acct: XXXXXXXXXXX3,05 | 1,100.00 | 1,100.00 | 0.00 | 1,100.00 |
| | | | | 1,100.00 |
| **Unsecured** | | | | |
|   PEOPLES NATURAL GAS CO LLC*  Acct: 4689 | 1,266.93 | 332.49 | 0.00 | 332.49 |
|   DUQUESNE LIGHT COMPANY*  Acct: 9863 | 3,802.59 | 997.95 | 0.00 | 997.95 |
|   JPMORGAN CHASE BANK NA  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   REGIONAL ACCEPTANCE CORP  Acct: 4016 | 10,140.69 | 2,661.32 | 0.00 | 2,661.32 |
|   KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MILSTEAD & ASSOCIATES LLC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,991.76 |

| 15-23629 | | Page 2 of 2 |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 70,853.59 |

    TOTAL CLAIMED
    PRIORITY        1,100.00
    SECURED       23,380.49
    UNSECURED    15,210.21

Date: 08/26/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DALE Z. STEVENS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23629

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dale Z. Stevens  
    Debtor

Case No. 15-23629-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: Aug 27, 2021     Form ID: pdf900     Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dale Z. Stevens, 2004 Grandview Avenue, McKeesport, PA 15132-5826 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | | TIAA, FSB, FORMERLY KNOWN AS EVERBANK, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14116464 | + | City of McKeesport, c/o Keystone Collection Group &, Kratzenberg & Lazzaro, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14211821 | | EVERBANK, BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL, 33631-3785 |
| 14187767 | | Everbank, Bank of America, NA, PO BOX 31785, Tampa, FL 33631-3785 |
| 14116465 | + | Everbank & Bank of America, Attn: Bankruptcy Department, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 14116467 | + | People Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14186708 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2021 23:22:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14116466 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 27 2021 23:22:45 | JP Morgan Chase Bank, P.O. Box 901032, Fort Worth, TX 76101-2032 |
| 14116468 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 27 2021 23:23:07 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14129202 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 27 2021 23:22:52 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Everbank |
| 14130125 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Aug 27, 2021 | Form ID: pdf900 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor TIAA FSB, FORMERLY KNOWN AS EVERBANK alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Joseph A. Dessoye | on behalf of Creditor Everbank pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Dale Z. Stevens julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor TIAA FSB, FORMERLY KNOWN AS EVERBANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 8